UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVON P.A.[1], an Individual,<br><br>           Plaintiff,<br><br>           v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 2:21-00444 MWF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Stipulation [Dkt. No. 21], and the Report and Recommendation of the assigned United States Magistrate Judge dated

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

December 23, 2021 [Dkt. No. 25]. No objections to the Report and Recommendation were filed. As such, after thorough analysis and consideration of the Report and Recommendation, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 25], is accepted;
2. The Administrative Law Judge's decision is vacated and this case is remanded on an open record for further proceedings; and
3. Judgment is to be entered accordingly.

Dated: January 18, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge